IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | |
| INACOM CORP., on behalf of all affiliated Debtors,<br>　　　　　　Plaintiffs,<br>　v.<br>TECH DATA CORPORATION,<br>　　　　　　Defendant. | Civil Action No. 04-148 GMS<br>Civil Action No. 04-579 GMS<br><br>Bankruptcy Case No. 00-2426 (PJW) |

**PLAINTIFFS' NON-OPPOSITION TO**
**MOTION TO CONSOLIDATE RELATED CIVIL ACTIONS**

InaCom Corp., on behalf of all affiliated Debtors and the Plaintiff, does not oppose the relief sought in the *Plaintiffs' Non-Opposition To Motion To Consolidate Related Civil Actions* (Filed on April 14, 2005 in both of the above-captioned cases).

Dated: April 19, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

/s/ Laura Davis Jones

Laura Davis Jones (Bar No. 2436)
Sandra McLamb (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for the Plaintiffs/Debtors

42125-003\DOCS_DE:107324.1